1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHARON JAMES and PATRICIA                    No.  1:22-cv-01435-JLT-SKO
     RODRIGUEZ, on behalf of themselves and
12   all others similarly situated,

13        Plaintiffs,                             ORDER DIRECTING THE CLERK TO
                                                  TERMINATE DEFENDANT OVERSEAS
14        v.                                      FOOD TRADING LTD.

15                                                (Doc. 11)
     CHOCMOD USA INC., et al.,
16

17             Defendants.

18

19

20       On February 15, 2023, the parties filed a Stipulation for Voluntary Dismissal of Defendant

21   OverSeas Food Trading Ltd. without prejudice.  (Doc. 11.)

22       In relevant part, Federal Rule of Civil Procedure 41(a)(1)(A) provides as follows:

23       [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
         dismissal before the opposing party serves either an answer or a motion for
24       summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
         appeared.
25

26   Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

27   all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

28

1   action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

2   F.3d 688, 692 (9th Cir. 1997).

3          Because the parties filed a stipulation of dismissal without prejudice under Rule 41(a), this

4   case has automatically terminated as to Defendant OverSeas Food Trading Ltd..  Fed. R. Civ. P.

5   41(a)(1)(A).  Accordingly, the Clerk of Court is directed to TERMINATE Defendant OverSeas

6   Food Trading Ltd.

7          This case shall remain OPEN pending resolution of Plaintiff's case against the remaining

8   defendant.

9

10  IT IS SO ORDERED.

11  Dated:   **February 16, 2023**                          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28