# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON JAMES, et al.,<br><br>                    Plaintiffs,<br>    v.<br><br>CHOCMOD USA INC, et al,<br><br><br>                    Defendants.<br>_____/ | Case No.  1:22-cv-01435-JLT-SKO<br><br>**ORDER DIRECTING CLERK TO TERMINATE PLAINTIFF SHARON JAMES' CLAIMS AGAINST DEFENDANTS**<br><br>(Doc. 44) |

On January 8, 2026, the parties filed a Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civil P.41(a)(1)(A)(ii) as to Plaintiff Sharon James' claims against **Error! Reference source not found.** Chocmod USA Inc., pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. 44).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal **Error! Reference source not found.** prejudice under Rule 41(a), this case has automatically terminated as to Plaintiff Sharon James'

claims against **Error! Reference source not found.** Chocmod USA Inc.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of Court is directed to TERMINATE Plaintiff Sharon James' claims against Defendant Chocmod USA Inc.

This case shall remain OPEN pending resolution of Plaintiff Patricia Rodriguez's claims against Defendant Chocmod USA Inc.

IT IS SO ORDERED.

Dated:   **January 13, 2026**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE