# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PATRICIA RODRIGUEZ, on behalf of herself and all others similarly situated,

Plaintiff,

v.

CHOCMOD USA INC., et al.,

Defendants.

) Case No. 1:22-cv-01435-JLT-SKO
)
) **ORDER DIRECTING THE CLERK**
) **OF COURT TO CLOSE THE CASE**
)
) (Doc. 48)
)
)
)
)
)
)

On February 25, 2026, the parties filed a joint stipulation dismissing Plaintiff Patricia Rodriguez's individual claims with prejudice, and the putative class claims without prejudice. (Doc. 48.)

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**February 26, 2026**__          __/s/ *Sheila K. Oberto*__
                                        UNITED STATES MAGISTRATE JUDGE